**FILED**

NOV 05 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL ACOSTA, aka "Manny", ) <br> ) <br> Defendant. ) | 2:12-CR-081-PMP-(RJJ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 5, 2012, defendant MANUEL ACOSTA, aka "Manny" pled guilty to Count Two a Ten-Count Criminal Indictment charging him in Count Two with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Criminal Indictment, ECF No. 20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant MANUEL ACOSTA, aka "Manny" pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 18, United States Code, Section 924(d)(1), (d)(2)(C), and (d)(3)(B) and Title 28, United States Code, Section 2461(c):

    a.    $6,871.00 in United States Currency, seized from Defendants;

    b.    Heckler & Koch, Black, 9mm Handgun, Serial Number 24-088771;

|   |   |   |
|---|---|---|
| 1 | c. | Smith & Wesson Magnum .357 Revolver, Silver, Serial Number DA40487; |
| 2 | d. | Sig Sauer P238, .380 caliber, Black, Serial Number 27A945232; |
| 3 | e. | Mondial 1900 Single Shot Black Handgun, .22 caliber, Serial Number A78870; |
| 4 | f. | B & A Revolver, Silver, .22 caliber, No serial number observed; and |
| 5 | g. | any and all ammunition ("property"). |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MANUEL ACOSTA, aka "Manny" in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Michael A. Humphreys
    Assistant United States Attorney
    Daniel D. Hollingsworth

Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this ___ day of ___ Nov ___, 2012.

_____
UNITED STATES DISTRICT JUDGE