Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

### REQUEST FOR TRAVEL OUTSIDE
### THE CONTIGUOUS UNITED STATES

Name of Offender: **Manuel Julien Acosta**

Case Number: **2:12CR00081**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **February 11, 2013**

Original Offense: **Conspiracy to Distribute a Controlled Substance - Methamphetamine**

Original Sentence: **60 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **July 17, 2015**

Name of Assigned Judicial Officer: **Honorable Lloyd D. George**

### SUMMARY

Mr. Acosta has requested permission to travel to Mexico for his honeymoon. He would be traveling from April 13, 2016, to April 20, 2016, but has not yet secured airfare. Mr. Acosta has been compliant since his release. As such, the undersigned respectfully requests that his travel be approved.

Respectfully submitted,

Joe Nilo
United States Probation Officer

Approved:

Nancy M. Boulton
2016.02.01 14:24:41 -08'00'

Nancy M. Boulton
Supervisory United States Probation Officer

RE: Manuel Julien Acosta

Form 12 - Travel
D/NV Form
Rev. June 2014

---

### THE COURT ORDERS

☒ X    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

_____
Signature of Judicial Officer
Lloyd D. George

_____
Date    February 2016